IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF GEORGIA
MACON DIVISION

| | | |
|---|---|---|
| KAREN MASSEY, | ) | |
| | ) | |
| Plaintiff, | ) | Civil Action File No. |
| | ) | 5:12-CV-204-MTT |
| v. | ) | |
| | ) | |
| WAL-MART STORES EAST, LP, | ) | |
| | ) | |
| Defendant. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW, Counsel for all parties above, and hereby stipulate and agree that the above-referenced matter shall be dismissed with prejudice.

Respectfully submitted this 25th day of FEB., 2014.

CONSENTED TO:

_____
Philip M. Brown, Esq.
Georgia Bar No. 089120
O'Neal & Brown, P.C.
544 Mulberry Street
#1001
Macon, Georgia 31201
(478) 742-8981

_____
Albert J. DeCusati, Esq.
Georgia Bar No. 215610
Ashley A. Bagiatis
Georgia Bar No. 141360
McLain & Merritt, P.C.
3445 Peachtree Road NE, Suite 500
Atlanta, Georgia 30326
(404) 266-9171

## CERTIFICATE OF SERVICE

I hereby certify that a copy of the above and foregoing **DISMISSAL WITH PREJUDICE** has this day been served upon opposing counsel, by placing same in the United States Mail, postage prepaid, and addressed as follows:

>Albert J. DeCusati, Esq.
>McLain & Merritt, P.C.
>3445 Peachtree Road, N.E.
>Suite 500
>Atlanta, GA 30326

This the 25th day of FEB 2014.

_____
Philip M. Brown, Esq.
Georgia Bar No.089120
Attorney for Plaintiff

544 Mulberry Street
#1001
Macon, GA 31201